AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Jacob Wayne Spencer | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  1:25-MJ-041-BU |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 2, 2025 _____ in the county of _____ Stephens _____ in the
_____ Northern _____ District of _____ Texas _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United State Code, Section 922(k) | Possession of a Firearm with Obliterated Serial Number |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

<br>

_Matthew McCormick_
_____
Complainant's signature

Matthew R. McCormick, ATF Special Agent
_____
*Printed name and title*

_Matthew L. Tusing, AUSA_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, a reliable means.

_____
*Judge's signature*

Date: ___ May 3, 2025 ___

City and state: ___ Abilene, Texas ___

JOHN R. PARKER, U.S. MAGISTRATE JUDGE
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Matthew R. McCormick, being first duly sworn, depose and say:

1.      I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), assigned to Dallas Field Division – Fort Worth Field Office.  I have been a Special Agent with ATF since December 2023.  Prior to ATF, I served as a law enforcement officer since May 2011 working as a U.S. Park Ranger, Fort Worth Police Officer, and Arizona State Trooper.  I have participated in and conducted investigations ranging from shootings, property crimes, firearms-related offenses, and narcotics violations.  Based on my training and experience, I am familiar with the federal firearm statutes and the various means and methods by which the previously listed firearm offenses are facilitated and committed by individuals, conspiracies, and criminal enterprises.  The statements set forth in this affidavit are true and correct to the best of my knowledge and belief but are not inclusive of all the evidence or information in the case.

2.      I am familiar with the facts of this investigation through my personal involvement and through discussions with other law enforcement personnel involved in the investigation.  I have also participated in numerous investigations conducted by agents and officers of local, state, and federal law enforcement agencies concerning the illegal possession of firearms.  I have prepared and assisted other law enforcement officers from a variety of local, state, and federal law enforcement agencies in the preparation of affidavits for search/arrests warrants.  In connection with these assigned

**Affidavit for Criminal Complaint**

duties and responsibilities as a Special Agent, I have testified in judicial proceedings and have personally been involved as the Affiant on federal criminal complaints and arrests.

3.     Since this affidavit is being submitted for the limited purpose of establishing probable cause to secure an arrest warrant for **Jacob Wayne Spencer**, I have not included each fact known to me concerning this investigation.  I have set forth only those facts I believe are necessary to establish probable cause that violations of Title 18, United States Code, U.S.C. § 922(k) have been committed; to-wit: Possession of a Firearm with Obliterated or Altered Serial Number.

### TITLE 18, UNITED STATES CODE SECTION 922(k)
### POSSESSION OF A FIREARM WITH OBLITERATED SERIAL NUMBER

4.     Title 18, United States Code, Section 922(k), makes it a crime for a person to knowingly possess or receive any firearm which has had the importer's or manufacturer's serial number removed, obliterated, or altered, and has, at any time been shipped or transported in interstate or foreign commerce. For a person to be guilty of this offense, the following must have occurred:

First, that the defendant knowingly possessed a firearm;

Second, that the serial number of the firearm had been removed, obliterated or altered;

Third, that the defendant knew that the serial number had been removed, obliterated, or altered; and

Fourth, that the firearm had been shipped or transported in interstate or foreign commerce.

2

**Affidavit for Criminal Complaint**

The term "firearm" means any weapon that will or is designed to or may readily be converted to expel a projectile by the action of an explosive. The term "firearm" also includes the frame or receiver of any such weapon, or any firearm muffler or firearm silencer, or destructive device.

## PROBABLE CAUSE

5.      On or about April 23, 2025, a law enforcement agent with the Texas Department of Public Safety (DPS) received a tip that a specific person in Stephens County, Texas, has been hired to commit capital murder.  DPS agents investigated.  DPS agents found the solicited person in Taylor County, which is in the Abilene Division of the Northern District of Texas.

6.      The solicited person is now a Cooperating Defendant (CD).  CD admitted to agents that Jacob Wayne Spencer provided CD with a firearm equipped with a silencer, a burner phone, and an initial $10,000 in exchange for murdering Spencer's stepfather (Victim).  CD admitted to possessing the firearm as a convicted felon.  The state of Texas recognizes that statements against penal interests are a basis for reliability on the part of the person making the statement.

7.      CD explained that Spencer had placed a tracking device on Victim's truck in on a very specific location.  Spencer had CD perform surveillance on Victim's home and CD described the home with specificity.  CD stated that Spencer wanted Victim

3

**Affidavit for Criminal Complaint**

killed because Victim owned the property that Spencer's deceased mother had owned.

Victim was withholding the property from Spencer.  Spencer provided $8,000 in cash and

$2,000 in business check to CD and told CD that Spencer would provide an additional

$10,000 upon completion of the murder.  CD told agents that CD saw an organized stack

of cash on the top shelf of Spencer's safe inside Spencer's home and that Spencer

identified this stack of cash as the additional $10,000.

8.      CD stated that Spencer wanted CD to go to Victim's property, murder

Victim, steal Victim's truck, and deliver the stolen vehicle and tracking device to

Spencer. CD stated the Spencer intended to "melt down" the firearm once the murder was

complete.

9.      Agents corroborated CD's statements.  Agents learned from separate

sources the Victim and Spencer were in a legal battle involving the ownership of the land

on which Spencer lived.  The familial land was previously owned by Spencer's mother,

but ownership transferred to Victim upon Spencer's mother's death.  Victim was in the

process of evicting Spencer from the property.

10.     Agents went to Victim's home in Stephens County, Texas.  The home

matched CD's description.  Agents found Victim's vehicle and located a tracking device

on the vehicle in the exact location CD described.

4

**Affidavit for Criminal Complaint**

11.     Agents applied for, and received, a state search warrant for Spencer's residence in Stephens County.  Agents also received an arrest warrant for Spencer for Criminal Conspiracy to Commit Capital Murder.

12.     On May 2, 2025, Texas DPS agents searched Spencer's residence.  Spencer lived alone.  Inside the home, agents found a packing slip for three vehicle tracking devices.  Agents found two unused tracking devices.  Agents also found evidence that Spencer manufactured homemade silencers.

13.     Agents found a safe in Spencer's home.  Inside the safe, agents found an organized stack of cash on the top shelf of the safe, totaling approximately $6,000, as well as additional uncounted currency located within the safe. Agents found Spencer's driver's license and other personal identifying items inside the safe.  Agents also discovered multiple silencers, both commercial and homemade.  Agents also found a Smith & Wesson SD9 VE semi-automatic pistol.  The serial number was obliterated and cannot be read by law enforcement.

5
**Affidavit for Criminal Complaint**



6

**Affidavit for Criminal Complaint**

14.    An ATF Nexus expert investigated the manufacture and origin of the Smith and Wesson brand pistol, Model: SD9VE, Caliber: 9mm with the obliterated serial number found in Spencer's residence on May 2, 2025, and determined the firearm travelled in, or affected interstate commerce, prior to being recovered in this investigation.

15.    Based upon the above facts and circumstances, I submit there is probable cause to believe that Jacob Wayne Spencer knowingly possessed the firearm, as evidenced by its location in a locked safe in his home close to his ID's and personal effects.  There is probable cause to believe that the serial number of the firearm had been removed, as agents have the firearm in law enforcement custody.  There is probable cause to believe that Spencer knew the serial number had been removed, based in part on Spencer's homemade silencers, manufacturing items for silencers found in his home, and Spencer's attempt to covertly murder his stepfather.

_____

Matthew R. McCormick, Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

**Affidavit for Criminal Complaint**

Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue. In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the affiant, that the document received by me is a correct and complete copy of the document submitted by the affiant, and that the information contained in the complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's knowledge.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone this 3rd day of May 2025.

_____
JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE

8

**Affidavit for Criminal Complaint**