IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 1:25-CR-044-H |
| JACOB WAYNE SPENCER | |

## FACTUAL RESUME

In support of Jacob Wayne Spencer's plea of guilty to the offense in Count Two of the Indictment, Spencer, the defendant, Andrew Tate van der Hoeven, the defendant's attorney, and the United States of America (the government) stipulate and agree to the following:

## ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count Two of the Indictment, charging a violation of 18 U.S.C. §§ 922(k), 924(a)(1)(B), that is, Possession of a Firearm with an Obliterated Serial Number, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First.*   That the defendant knowingly possessed a firearm;

*Second.*  That the serial number of the firearm had been removed, obliterated, or altered;

*Third.*   That the defendant knew that the serial number had been removed, obliterated, or altered; and

*Fourth.*  That such firearm had been shipped or transported in interstate or foreign commerce.

---

[1] Fifth Circuit Pattern Jury Instruction 2.43G (5th Cir. 2024).

**Jacob Wayne Spencer**
**Factual Resume—Page 1**

The term "firearm" means any weapon that will or is designed to or may readily be converted to expel a projectile by the action of an explosive. The term "firearm" also includes the frame or receiver of any such weapon, or any firearm muffler or firearm silencer, or destructive device.[2]

## STIPULATED FACTS

1. Jacob Wayne Spencer (Spencer) admits and agrees that on or about May 2, 2025, in the Abilene Division of the Northern District of Texas, and elsewhere, he knowingly possessed a firearm, that is, a Smith & Wesson, Model SD9 VE, 9-millimeter caliber semi-automatic pistol, that had been shipped or transported in interstate or foreign commerce, from which the manufacturer's serial number had been removed, altered, or obliterated, as the defendant knew, in violation of Title 18, United States Code, Sections 922(k), 924(a)(1)(B).

2. On or about May 2, 2025, law enforcement agents with the Texas Department of Public Safety (DPS) carried out a state search warrant at Spencer's residence in Stephens County, Texas, which is in the Abilene Division of the Northern District of Texas.

3. Spencer lived alone. Upon executing the search warrant, agents discovered evidence that Spencer manufactured homemade silencers on his property. Agents found a safe in Spencer's home. Agents found Spencer's driver's license and other personal identifying items inside the safe. The agents discovered multiple silencers, both commercial and homemade. Also in Spencer's safe, agents found a Smith & Wesson

---

[2] Fifth Circuit Pattern Jury Instruction 1.48 (5th Cir. 2024).

**Jacob Wayne Spencer**
**Factual Resume—Page 2**

SD9 VE, 9-millimeter caliber semi-automatic pistol. The serial number was obliterated. Spencer admits that he knew the serial number was obliterated.

4. Agents with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and an ATF firearms interstate nexus expert investigated the manufacture and origin of the Smith & Wesson pistol with an obliterated serial number. The firearm was not manufactured in the State of Texas and, therefore traveled in, or affected, interstate or foreign commerce before being recovered in the State of Texas. Agents analyzed the firearm and determined that it met the statutory definition of a "firearm" as defined in this factual resume.

5. Spencer agrees that he committed all the essential elements of the offense alleged in Count Two of the Indictment. Specifically, Spencer admits that the Smith & Wesson SD9 VE pistol agents recovered from his residence on May 2, 2025, meets the statutory definition of a "firearm" as defined in this factual resume. Spencer agrees that he knowingly possessed this firearm. Spencer agrees that the serial number of the firearm had been removed, obliterated, or altered, and that he knew the serial number of the firearm had been removed, obliterated, or altered. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count Two of the Indictment.

6. The defendant further agrees and admits that the Smith & Wesson, Model SD9 VE, 9-millimeter caliber semi-automatic pistol, serial number obliterated, and the firearm silencers seized by law enforcement on May 2, 2025, in Stephen's County,

Texas, were involved in his commission of this offense and therefore should be forfeited to the United States under 18 U.S.C. § 924(d).

AGREED TO AND STIPULATED on this 18 day of June, 2025.

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

*Whitney Ohler* For:

MATTHEW L. TUSING
Assistant United States Attorney
Indiana Bar No. 29526-49
500 Chestnut Street, Suite 601
Abilene, Texas 79602
Telephone: 325-271-6702
Email: Matt.Tusing@usdoj.gov

JACOB WAYNE SPENCER
Defendant

6/17/25
Date

ANDREW TATE VAN DER HOEVEN
Attorney for Defendant

Date

Jacob Wayne Spencer
Factual Resume—Page 4